**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Jorge Juan Navarro,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **Patricia Hyde, New England Field Office** ) | **Civil Action No.26-cv-10876** |
| **Director, United States Immigration and** ) | |
| **Customs Enforcement, et al.,** ) | |
| ) | |
| **Respondents.** ) | |
| ) | |
| ) | |

**EMERGENCY ORDER CONCERNING**
**STAY OF TRANSFER OR REMOVAL**

Petitioner Jorge Juan Navarro, a Cuban national, has filed a petition for a writ of habeas

corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of

the Constitution and laws of the United States.

The Court orders as follows:

1. **Service of Order**

The clerk of this court shall serve a copy of the petition and this Order (by email) on the

civil duty attorney for the United States Attorney's Office and the United States Attorney for the

District of Massachusetts.

2. **Order**

To provide a fair opportunity for the judge who will be randomly assigned to this case to

review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise

ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Massachusetts for a period of at least at least 72 hours from the time this Order is docketed.

**SO ORDERED.**

/s/ Julia E. Kobick
UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
February 16, 2026, at
7:40pm